HENSCHKE et al. *v.* MOORE et al., Appel. (No. 1). 205

1917.]            ·            Opinion of the Court.

---

## Henschke et al. *v.* Moore et al., Appellants (No. 2).

Argued Jan. 23, 1917.   Appeal, No. 327, Jan. T., 1916, by H. R. Sack, from decree of C. P. No. 4, Philadelphia Co., March T., 1915, No. 3470, awarding an injunction, in case of Bruno Henschke and Karl Ersel, Copartners doing business under the name of Haensel & Company v. Edgar B. Moore, H. R. Sack, The Penn Worsted Company, and Edgar B. Moore, Henry Frankenberg, Edward A. Morgan, Jr., and Louis F. Singleton, Copartners, doing business under the name of E. B. Moore and Company.   Before BROWN, C. J., POTTER, MOSCHZISKER, FRAZER and WALLING, JJ.   Reversed.

206 HENSCHKE et al. v. MOORE et al., Appel. (No. 2).

Bill in equity for an injunction.   Before FINLETTER, J.

The facts appear in Henschke et al. v. Moore et al., 257 Pa. 196.

The court on final hearing awarded an injunction as prayed for.   H. R. Sack appealed.

*Errors assigned* were in dismissing exceptions to various findings of fact and law and the decree of the court.

*Julius C. Levi,* for appellant.

*Henry J. Scott,* for appellees.

OPINION BY MR. JUSTICE POTTER, March 19, 1917:

This is a separate appeal by H. R. Sack, from the same decree which was brought before us in the appeal at No. 297, January Term, 1916.   The opinion which was there filed is conclusive of the only questions which call for consideration here.   For the reasons therein set forth, the decree of the court below is reversed at the cost of the appellees.